UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

XAVIER WHITEHEAD,
    Plaintiff,

v.                                      Case No.:  3:25cv530/TKW/ZCB

SERGEANT SMITH, et al.,
    Defendants.
_____/

**REPORT AND RECOMMENDATION**

This is a *pro se* prisoner civil rights case brought under 42 U.S.C. § 1983. (Doc. 6). On June 17, 2025, the Court directed Plaintiff to provide three copies of the Amended Complaint to facilitate service of process upon Defendants. (Doc. 7).[1] The Court set a deadline of July 16, 2025 for Plaintiff to comply with the order and notified him that his failure to comply by the deadline would result in a recommendation of dismissal. (*Id.*).

Plaintiff did not submit any service copies by the deadline. Therefore, on August 1, 2025, the Court issued an order giving Plaintiff fourteen days to show cause why this case should not be dismissed for his

---

[1] Plaintiff is proceeding *in forma pauperis* (Doc. 4), so the Court must serve process on Plaintiff's behalf.  28 U.S.C. § 1915(d).

1

failure to comply with a Court order. (Doc. 8). The Court notified Plaintiff that his failure to show cause would result in a recommendation of dismissal of this case. (*Id.*). The deadline for compliance with the show cause order has passed, and Plaintiff has not responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court and failure to provide the Court with his current mailing address. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal if a "party fails to comply with an applicable rule or a court order"); *see also Duong Thanh Ho v. Costello*, 757 F. App'x 912, 914 (11th Cir. 2018) (affirming dismissal where *pro se* litigant failed to file an amended complaint as directed by the district court).

At Pensacola, Florida, this 26th day of August 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### Notice to the Parties

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or

recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.